**Opinion filed December 8, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00164-CR

_____

## PAUL JOHN HOLGUIN, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 118th District Court**
**Howard County, Texas**
**Trial Court Cause No. 13061**

### M E M O R A N D U M   O P I N I O N

Paul John Holguin has filed in this court a motion to dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

December 8, 2011

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.